Opinion issued October 6, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00908-CR

———————————

SHAH HAKEEM STEPHENS, Appellant

V.

The State of
Texas, Appellee



 



 

On
Appeal from the 262nd District Court

Harris
County, Texas



Trial
Court Case No. 1255106

 



MEMORANDUM OPINION

          On August 15, 2011, appellant filed a
motion to dismiss the appeal.  The motion
complies with the Texas Rules of Appellate Procedure for voluntary dismissal.  See
Tex. R. App. P. 42.2(a).

We have not yet issued
a decision.  Accordingly, the motion is granted and the appeal is dismissed.

We deny any pending
motions as moot.

The Clerk is directed to issue mandate within 10 days of the
date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices
Bland and Huddle.

Do not publish. 
 Tex. R. App. P. 47.2(b).